IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CLARK E. HARMON,**

    **Plaintiff,**

**v.**

**PRINCIPAL LIFE INSURANCE COMPANY; PRINCOR FINANCIAL SERVICES CORPORATION; and PRINCIPAL FINANCIAL GROUP,**

    **Defendants.**

**CASE NO.: 2:15-cv-2223**

**JUDGE FROST**

**MAGISTRATE JUDGE KING**

### AGREED ORDER TO DISMISS DEFENDANT PRINCIPAL FINANCIAL GROUP AS A PARTY WITHOUT PREJUDICE

On June 9, 2015, purported Defendant "Principal Financial Group" filed a Motion to Dismiss pursuant to Rules 9(a), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure. [Doc. 9]  The parties have since agreed to entry of this Agreed Order.  Copies of this Agreed Order have been circulated and electronically approved by all counsel of record.  Therefore, as a result of the parties' agreement,

**IT IS HEREBY AGREED, ORDERED AND DECREED THAT:**

Principal Financial Group's Motion to Dismiss is GRANTED.  Purported Defendant Principal Financial Group is hereby dismissed from this case without prejudice.

IT IS SO ORDERED:

                BY THE COURT:

                /s/   GREGORY L. FROST
                U.S. DISTRICT JUDGE GREGORY FROST

7668744.1

Approved:

| | |
|---|---|
| /s/ *Steve Rowe* | /s/ *A.J. Hensel* |
| Steven D. Rowe, Esq. | John F. Marsh (0065345) |
| **KEMP, SCHAEFFER & ROWE CO., LPA** | A.J. Hensel  (0085340) |
| 88 W. Mound St. | **HAHN LOESER & PARKS, LLP** |
| Columbus, Ohio  43215 | 65 E. State St., Ste. 1400 |
| Telephone: (614) 232-8690 | Columbus, Ohio  43215 |
| Facsimile: (614) 224-1306 | Telephone: (614) 233-5102 |
| Email: steven@ksrlegal.com | Facsimile: (614) 221-5909 |
| | E-mail: jmarsh@hahnlaw.com |
| | ajhensel@hahnlaw.com |
| *Counsel for Plaintiff Clark E. Harmon* | |

-and-

*Of Counsel, Admitted Pro Hac Vice:*

Jeffrey M. Grantham  (ASB-4866-M66J)
Ethan McDaniel  (ASB-2551-M49M)
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Ave. North
Birmingham, Alabama  35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
E-mail: jgrantham@maynardcooper.com
emcdaniel@maynardcooper.com

*Counsel for Defendants*
*Principal Life Insurance Company,*
*Princor Financial Services Corporation and*
*Principal Financial Group*